UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRICKLAYERS PENSION TRUST FUND -
METROPOLITAN AREA, Trustees of; et al,

       Plaintiffs,

v.                                          Case No. 09-10525
                                          HON. PATRICK J. DUGGAN

DESANTIS CONSTRUCTION CO., INC.,

       Defendant.
_____/

**STIPULATION TO CONSENT ORDER
(i) DISMISSING CASE WITHOUT
PREJUDICE, AND (ii) SETTING PROCEDURES FOR
RE-OPENING OF CASE AND ENTRY OF CONSENT JUDGMENT**

       The undersigned hereby stipulate to the entry of the attached Order (i) Dismissing Case Without Prejudice, and (ii) Setting Procedures for Re-Opening of Case and Entry of Consent Judgment.

STIPULATED AND AGREED TO:

| | |
|---|---|
| SACHS WALDMAN, | SWISTAK & LEVINE, PC |
| PROFESSIONAL CORPORATION | |
| /s/ George H. Kruszewski | /s/ Michael P. Swistak w perm. GHK |
| GEORGE H. KRUSZEWSKI (P25857) | MICHAEL P. SWISTAK (P-71857) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 1000 Farmer St. | 30445 Northwestern Highway, Suite 140 |
| Detroit, MI 48226 | Farmington Hills, MI 48334 |
| (313) 965-3464 | Telephone (248) 851-8000 |
| gkruszewski@sachswaldman.com | Email:  mswistak@swistaklevine.com |
| | (P-27695) |

Dated: November 6, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
BRICKLAYERS PENSION TRUST FUND –
METROPOLITAN AREA; BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
PENSION FUND;  BRICKLAYERS & TROWEL
TRADES INTERNATIONAL RETIREMENT
SAVINGS PLAN; BRICKLAYERS HOLIDAY
TRUST FUND, METROPOLITAN AREA; TROWEL
TRADES HEALTH AND WELFARE FUND –
DETROIT AND VICINITY; BRICKLAYERS
INTERNATIONAL MASONRY INSTITUTE;
DETROIT METROPOLITAN MASONRY
JOINT APPRENTICESHIP & TRAINING COMMITTEE;
and the LABOR-MANAGEMENT COOPERATION COMMITTEE;
trust funds established under, and administered pursuant to, federal law,

                              Plaintiffs,

v.                                                       Case No. 09-10525
                                                       HON. PATRICK J. DUGGAN

DESANTIS CONSTRUCTION CO., INC.,

                              Defendant.
_____/

**CONSENT ORDER
(i) DISMISSING CASE WITHOUT PREJUDICE AND
(ii) SETTING PROCEDURES FOR
RE-OPENING OF CASE AND ENTRY OF CONSENT JUDGMENT**

       Plaintiffs and Defendants having entered into a Settlement Agreement, and having consented to the entry of this Order; and the Court, after having been fully advised of the terms of such Agreement;

       IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs to either party and shall be administratively closed.

1

IT IS FURTHER ORDERED that upon the occurrence of a Default under the Settlement Agreement, Plaintiffs shall file with this Court and serve on Defendant (a) a Notice of Re-Opening Case, and (b) an Affidavit of Default under Settlement Agreement, and, without any further notice, hearing, application or order, shall present the Consent Order Re-Opening Case and Entry of Consent Judgment in the form attached to the Settlement Agreement, for immediate entry by this Court without the necessity of a hearing.

This Court shall retain jurisdiction over this matter for purposes set forth in the preceding paragraph.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: November 6, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 6, 2009, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager